UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| TORUS SMITH,<br><br>        Petitioner,<br><br>   v.<br><br>ERIC ARNOLD,<br><br>        Respondent. | No. 2:15-cv-1235 MCE GGH P<br><br><br>ORDER |

Petitioner, a state prisoner proceeding pro se, has filed an application for a writ of habeas corpus pursuant to 28 U.S.C. § 2254. By order of July 14, 2015, petitioner was directed to either submit the appropriate affidavit in support of a request to proceed in forma pauperis or submit the appropriate filing fee. Petitioner has now submitted his application to proceed in forma pauperis.

Examination of the in forma pauperis application reveals that petitioner is unable to afford the costs of suit. Accordingly, the application to proceed in forma pauperis will be granted. See 28 U.S.C. § 1915(a).

In accordance with the above, IT IS HEREBY ORDERED that: Petitioner's motion to proceed in forma pauperis is granted.

Dated: July 28, 2015

                                        /s/ Gregory G. Hollows

                                UNITED STATES MAGISTRATE JUDGE

1